

BRAD A. MOKRI (SBN 208213)
LAW OFFICES OF MOKRI & ASSOCIATES
1851 E. 1st Street # 900
Santa Ana, CA 92705
Phone: (714) 619-9395
Fax: (714) 619-9396

Attorney for Plaintiff
HERITAGE PACIFIC FINANCIAL, LLC.

FILED

MAY 24 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>ANGELINA JOSE VICENTE<br><br>Debtor.<br>_____<br>HERITAGE PACIFIC FINANCIAL, LLC.<br>D/B/A HERITAGE PACIFIC FINANCIAL, a<br>Texas Limited Liability Company,<br><br>    Plaintiff,<br>vs.<br><br>ANGELINA JOSE VICENTE,<br><br>    Defendant. | Bankruptcy No. : 10-49410<br>Adversary Case No.: 11-02016<br><br>**SUBSTITUTION OF ATTORNEY FOR PLAINTIFF HERITAGE PACIFIC FINANCIAL, LLC** |

Plaintiff HERITAGE PACIFIC FINANCIAL, LLC dba Heritage Pacific Financial hereby requests that the Law Office of Justin T. Ryan, including its attorney Justin T. Ryan, be removed as counsel of record, and be replaced with the Law Offices of Mokri & Associates, its principal attorney being Brad A. Mokri, to act as counsel of record for Plaintiff HERITAGE PACIFIC FINANCIAL, LLC in the above-captioned proceedings.

---

SUBSTITUTION OF ATTORNEY

- 1

I consent to this substitution:

Dated: May 11, 2011

By: /s/ Ben Ganter
Ben Ganter
Director of Client Relations
For Plaintiff Heritage Pacific Financial, LLC

I consent to this substitution (former attorney).

Dated: May 11, 2011           By: /s/ Justin T. Ryan
                              Justin T. Ryan
                              Attorney at Law

I consent to this substitution on behalf of the Law Offices of Mokri & Associates

Dated: May 11, 2011           By: /s/ Brad A. Mokri
                              Attorney at Law

IT SO ORDERED

Date: _____

_____
U.S. BANKRUPTCY JUDGE

SUBSTITUTION OF ATTORNEY