


BRAD A. MOKRI, SBN: 208213
LAW OFFICES OF MOKRI & ASSOCIATES
1851 E. First Street, Suite 900
Santa Ana, California 92705
Telephone No.: (714) 619-9395
Facsimile No.: (714) 619-9396

Attorney for Plaintiff
HERITAGE PACIFIC FINANCIAL LLC.

FILED

MAY 24 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

ANGELINA JOSE VICENTE,

    Debtor.

_____

HERITAGE PACIFIC FINANCIAL LLC,
D/B/A HERITAGE PACIFIC FINANCIAL, a
Texas limited liability company,

    Plaintiff,

vs.

ANGELINA JOSE VICENTE,

    Defendant.

Bankruptcy No.: 10-49410
Adversary Case No.: 11-02016

**NOTICE OF ASSOCIATION OF COUNSEL**

TO ALL PARTIES AND THEIR RESPECTED ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT Brad A. Mokri, being the attorney for Plaintiff Heritage Pacific Financial hereby associates Aree Shahparnia, as co-counsel for Plaintiff in the above-entitled matter.

///

///

---

**NOTICE OF ASSOCIATION OF COUNSEL**

1

The office address and telephone number of such associated counsel are: Law Office of Aree Shahparnia, 8895 Towne Centre Drive, Ste. 105-195, San Diego, CA 92122, (949) 500-7181.

Dated: May 17, 2011

Respectfully Submitted,

By: /s/ Brad A. Mokri
Brad A. Mokri
Attorney for Plaintiff,
HERITAGE PACIFIC FINANCIAL, LLC, dba
HERITAGE PACIFIC FINANCIAL

---

**NOTICE OF ASSOCIATION OF COUNSEL**

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 8895 Towne Centre Drive, Suite 105-195, San Diego, California 92122.

On May 18, 2011, I served the foregoing documents described as **SUBSTITUTION OF ATTORNEY AND NOTICE OF ASSOCIATION OF COUNSEL** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**Kristy A. Hernandez, Esq.**
**8854 Greenback Lane, #1**
**Orangevale, California 95662**

__✓__ BY U.S. MAIL: I deposited such envelope(s), with postage thereon fully prepaid in the mail in San Diego. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ PERSONAL SERVICE: I delivered such envelope(s), by hand to the offices of the addressee(s).

_____ BY FAX: (Code Civ. Prod.§ 1013(a),(e); Cal. Rules of Court, rule 2.306)-By transmitting said document(s) by electronic facsimile to the respective facsimile numbers(s) of the party(ies). The facsimile machine I used complied with California Rules of Court, rule 2.3014, and no error was reported by the machine.

_____ STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__✓__ FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed on May 18, 2011, at San Diego, California.

Aree Shahparnia

---

NOTICE OF ASSOCIATION OF COUNSEL

3