

1 BRAD A. MOKRI (SBN 208213)
LAW OFFICES OF MOKRI & ASSOCIATES
2 1851 E. 1st Street # 900
Santa Ana, CA 92705
3 Phone: (714) 619-9395
Fax: (714) 619-9396
4
5 Attorney for Plaintiff
HERITAGE PACIFIC FINANCIAL LLC.

FILED

MAY 25 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

BY FAX

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In Re:

ANGELINA JOSE VICENTE

    Debtor.

———————————————————

HERITAGE PACIFIC FINANCIAL, LLC.
D/B/A HERITAGE PACIFIC FINANCIAL, a
Texas Limited Liability Company,

    Plaintiff,
vs.

ANGELINA JOSE VICENTE,

    Defendant.

Bankruptcy No. : 10-49410
Adversary Case No.: 11-02016

ORDER ON SUBSTITUTION OF
ATTORNEY FOR PLAINTIFF
HERITAGE PACIFIC FINANCIAL, LLC

    Please take notice that Plaintiff HERITAGE PACIFIC FINANCIAL, LLC dba Heritage Pacific Financial hereby consents to the substitution of the following attorneys who will act as counsel for Plaintiff HERITAGE PACIFIC FINANCIAL, LLC in the above-captioned proceedings.

---

ORDER ON SUBSTITUTION OF ATTORNEY

- 1 -

I consent to this substitution:

Dated: May 11, 2011

By: /s/ Ben Ganter
Ben Ganter
Director of Client Relations
For Plaintiff Heritage Pacific Financial, LLC


I consent to this substitution (former attorney).

Dated: May 11, 2011                By: /s/ Justin T. Ryan
                                   Justin T. Ryan
                                   Attorney at Law


I consent to this substitution on behalf of the Law Offices of Mokri & Associates

Dated: May 11, 2011                By: /s/ Brad A. Mokri
                                   Attorney at Law


IT SO ORDERED

Date: 24 May 2011

_____
U.S. BANKRUPTCY JUDGE